**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LAURA CHAMAIDAN, *individually and on behalf of all others similarly situated*,

                Plaintiff,

  - against -

TOMY B. HAIRCARE, INC.,

                Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV 17-6948 (JMA)(ARL)

A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on September 30, 2019, granting Defendant's motion to dismiss under Rule 12(b)(1) of the Federal Rules of Civil Procedure, dismissing Plaintiff's claims without prejudice for lack of standing, and directing the Clerk of Court to enter judgment accordingly and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff Laura Chamaidan take nothing of Defendant Tomy B. haircare, Inc.; that Defendant's motion to dismiss is granted; that Plaintiff's claims are dismissed without prejudice; and that this case is closed.

Dated: September 30, 2019
       Central Islip, New York

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT

                              BY:    /S/ JAMES J. TORITTO
                                                   DEPUTY CLERK